1024

[Nos. 15014-3-III; 15040-2-III.   Division Three.   June 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CAROL M.D., ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Chelan County, Nos. 94-1-00616-0, 94-1-00620-8, Carol A. Wardell, J., entered June 23, 1995. *Granted* release pending discretionary review by unpublished per curiam opinion.

[No. 14882-3-III.   Division Three.   June 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ALONZO E. BELTRAN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-8-00153-1, Michael Schwab, J. Pro Tem., entered March 29, 1995. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 15753-9-III.   Division Three.   June 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH A. WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-1-00287-4, Susan L. Hahn, J., entered April 17, 1996. *Reversed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 15881-1-III.   Division Three.   June 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALLEN WADDLE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-02009-8, F. James Gavin, J., entered June 7, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.